

In The

Court of Appeals

Seventh District of Texas at Amarillo

_____

No. 07-15-00189-CV

_____

SARA MORRISON, APPELLANT

V.

BRADLEY DON MORRISON, APPELLEE

On Appeal from the 46th District Court
Wilbarger County, Texas
Trial Court No. 27,146; Honorable Dan Mike Bird, Presiding

August 5, 2015

ORDER ON MOTION FOR MEDIATION

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

Appellant, Sara Morrison, appeals from the *Final Decree of Divorce* rendered by the trial court. The clerk's record has been filed but the reporter's record has yet to be filed. Pending before this court is Sara's *Motion for Mediation* by which she requests suspension of appellate timetables in an effort to settle the case and avoid "further tension between the parties and the costs related to this appeal." Appellee, Bradley Morrison, objects to the motion and asserts "it is not likely that mediation would result in

any further agreements between the parties." He also objects to the added expenses of mediation and time away from work. He disputes that there is tension between the parties.

The policy behind mediation is to "encourage the peaceable resolution of disputes, with special consideration given to disputes involving the parent-child relationship . . . ." TEX. CIV. PRAC. & REM. CODE ANN. § 154.002 (West 2011). The motion and objection pending before us indicates a resolution is unlikely. Consequently, we decline to refer the case to mediation. Sara's *Motion for Mediation* is denied.

It is so ordered.

Per Curiam